IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE<br>   PLAINTIFF,<br><br>-vs-<br><br>STAN HARDIN AND BETTY HARDIN; FREMONT INVESTMENT & LOAN<br>   DEFENDANTS | NO. 02 C 2778<br><br>Judge Joan Humphrey Lefkow<br><br>This is an attempt to collect a debt and any information obtained shall be used for that purpose. |

## MOTION FOR JUDGMENT

Now comes Plaintiff by and through its attorneys, Fisher and Shapiro, LLC and pursuant to 735 ILCS 5/15-1506 moves for a judgment of foreclosure and sale.

Respectfully submitted,

U.S. Bank National Association, As Trustee

S/Randal Scott Berg
Randal Scott Berg Bar Number 6277119
Fisher and Shapiro, LLC
4201 Lake Cook Road
Northbrook, IL 60062
Telephone: (847) 770-4348
Fax: (847) 291-3434
E-Mail: rberg@fisherandshapiro.com